IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTER BURNETT,** <br><br> Plaintiff, <br><br> v. <br><br> **R. MIRANDA, et al.,** <br><br> Defendants. | Case No. 2:13-cv-01239-CKD <br><br> **ORDER GRANTING DEFENDANTS' REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE** <br><br> Judge:         Honorable Carolyn K. Delaney <br> Action Filed:  June 21, 2013 |

The Court finds there is good cause to grant Defendants' request to conduct Plaintiff's deposition via video conference.

Dated: February 12, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1