UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTER BURNETT,

          Plaintiff,

     v.

R. MIRANDA, et al.,

          Defendants.

No.  2:13-cv-1239 CKD P

ORDER

Plaintiff has filed a request for an extension of time to respond to defendants' request for production of documents.  Good cause appearing, IT IS HEREBY ORDERED that:

    1.  Plaintiff's request for an extension of time (ECF No. 23) is granted; and

    2.  Plaintiff is granted 30 days within which to serve responses to defendants' request for production of documents.

Dated:  April 30, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
burn1239.ext(2)