UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER BURNETT, | No. 2:13-cv-1239 CKD P |
| Plaintiff, | |
| v. | ORDER |
| R. MIRANDA, et al., | |
| Defendants. | |

On June 6, 2014, defendants filed a motion for summary judgment. With their motion, defendants filed a request that certain documents relied upon by defendants in the motion be reviewed by the court *in camera* and filed under seal. Defendants fail to point to any valid legal authority in support of their request or point to any facts indicating the documents should be filed under seal.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' June 6, 2014 request that certain documents be filed under seal and reviewed *in camera* is denied.

2. The documents referred to as Exhibits E, F, G, H, K, L, M, N, O, P and Q in defendants' motion for summary judgment shall be filed in this action within 5 days. Alternatively, defendants may file a motion for sealing those exhibits within 5 days explaining

/////

1

why the documents should not be available for public view and providing legal support for their request.

Dated: July 17, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
burn1239.sel