UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER BURNETT,<br><br>    Plaintiff,<br><br>    v.<br><br>R. MIRANDA, et al.,<br><br>    Defendants. | No. 2:13-cv-1239 CKD P<br><br><br>ORDER |

Plaintiff has filed a request to exceed the page limit with respect to his opposition to defendants' motion for summary judgment. Good cause appearing, that request will be granted.

Defendants have requested an extension of time to file a reply brief concerning their motion for summary judgment. Good cause appearing, that request will also be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to exceed the page limit with respect to his opposition to defendants' pending motion for summary judgment (ECF. No. 56) is granted.

/////

/////

/////

/////

/////

2.  Defendants' request for an extension of time to file a reply brief concerning their motion for summary judgment (ECF No. 59) is granted.  The reply brief filed November 7, 2014 is deemed timely.

Dated:  January 14, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
burn1239.ext(3)