UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER BURNETT, | No. 2:13-cv-1239 CKD P |
| Plaintiff, | |
| v. | ORDER |
| R. MIRANDA, et al., | |
| Defendants. | |

Plaintiff has filed a request for an extension of time to respond to defendants' reply briefs[1] regarding their pending motion for summary judgment. The court normally does not permit the filing of sur-replies. See Local Rule 230(l). There does not appear to be any reason to deviate from that rule here. Therefore, plaintiff's request will be denied.

Also, plaintiff has filed a request for an extension of time to respond to defendants' motion to strike (ECF No. 67). The court construes the document filed by plaintiff on January 8, 2015 (ECF No. 71) to include a response to the motion to strike. Good cause appearing, plaintiff's response will be deemed timely.

/////

/////

---

[1] A reply brief was filed on behalf of defendant Miranda on November 10, 2014. ECF No. 69. The remaining defendants filed theirs on November 7, 2014. ECF No. 64.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 70) to respond to defendants' reply briefs regarding their pending motion for summary judgment is denied.

2. Plaintiff's request for an extension of time to file an opposition to defendants' motion to strike (ECF No. 67) is granted. The opposition filed by plaintiff on January 8, 2015 is deemed timely.

Dated: January 14, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
burn1239.ext(4)