UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER BURNETT,<br><br>        Plaintiff,<br><br>    v.<br><br>R. MIRANDA, et al.,<br><br>        Defendants. | No. 2:13-cv-1239 MCE CKD P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On March 6, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendant Miranda has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 6, 2015, are adopted in full;

2. Defendants' motion for summary judgment (ECF No. 48) is:

    a. Denied with respect to plaintiff's claim that defendant Miranda violated plaintiff's Eighth Amendment rights on July 16, 2010 when he denied plaintiff housing in a cell without bunk beds.

    b. Denied with respect to plaintiff's claim that defendant Simmerson violated plaintiff's Eighth Amendment rights on June 9, 2010 when Simmerson failed to house plaintiff in a cell without bunk beds.

    c. Granted in all other respects.

Dated: April 15, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT