UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ESTER BURNETT,                                       No. 2:13-cv-1239 MCE CKD P

    Plaintiff,

    v.

R. MIRANDA, et al.,                                  **AMENDED**
                                                     **ORDER & WRIT OF HABEAS CORPUS**
    Defendants.                      **AD TESTIFICANDUM**

_____/

Ester Burnett, CDCR # V-35245, a necessary and material witness in a settlement conference in this case on November 3, 2016, is confined in Richard J. Donovan Correctional Facility (RJD), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, Courtroom #4, 501 I Street, Sacramento, California 95814, on Thursday, November 3, 2016 at 11:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. This shall amend the writ issued August 30, 2016.

2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, RJD, 480 Alta Road, San Diego, California 92179:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Kellison at the time and place above, until completion of the settlement conference or as ordered by the court. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  October 13, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE