UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER BURNETT,<br><br>             Plaintiff,<br><br>      v.<br><br>R. MIRANDA,<br><br>             Defendants. | No.  2:13-cv-1239 MCE CKD P<br><br><br><br>ORDER |

A settlement conference was held in this matter on November 3, 2016. A review of the record reveals the case settled. Good cause appearing, IT IS HEREBY ORDERED that the parties submit a stipulation of dismissal within 30 days of this order.

Dated:  November 9, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
burn1239.sod